**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

TAWANA BOLTON                                                                    PLAINTIFF


VERSUS                                              CAUSE NO. 2:11-CV-220-KS-MTP


FORREST COUNTY, MISSISSIPPI,
CHRIS SELMAN, IN HIS INDIVIDUAL CAPACITY,
and CHIEF CHARLES BOLTON, IN HIS
INDIVIDUAL CAPACITY                                                          DEFENDANTS

---

**PROOF OF SERVICE**

---

To:     Deputy Clerk
        United States District Court

        PROOF OF SERVICE IS HEREBY GIVEN, pursuant to Fed. R. Civ. P. 68, that the

Defendant has served their Offer of Judgment and Plaintiff has served the Acceptance of Offer of

Judgment, collectively attached hereto as Exhibit "A."

        SO NOTICED this the 21st day of February, 2013.


                                        Respectfully submitted,

                                        WAIDE & ASSOCIATES, P.A.


                                        BY:  */s/ Jim Waide*
                                             JIM WAIDE
                                             MS BAR NO.: 6857

WAIDE AND ASSOCIATES,  P.A.
ATTORNEYS AT LAW
332 NORTH SPRING STREET (38804)
POST OFFICE BOX 1357
TUPELO, MS  38802-1357
TELEPHONE:  (662) 842-7324
FACSIMILE:  (662) 842-8056
EMAIL:  waide@waidelaw.com

R. SHANE MCLAUGHLIN (MS BAR NO. 101185)
MCLAUGHLIN LAW FIRM
POST OFFICE BOX 200
TUPELO, MS  38802-0200
TELEPHONE: (662) 840-5042
FACSIMILE:  (662) 840-5043
EMAIL: rsm@mclaughlinlawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Jim Waide, attorney for Plaintiff, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

**James K. Dukes, Jr., Esquire**
**Dukes, Dukes & Wood**
**Post Office Box 2055**
**Hattiesburg, MS  39403-2055**
**jdukesjr@jdukeslaw.com**
**mtbahm@jdukeslaw.com**

DATED, this the 21st day of February, 2013.


*/s/ Jim Waide* _____
JIM WAIDE