IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TAWANA BOLTON**                                                                **PLAINTIFF**

**VERSUS**                                                    **CAUSE NO. 2:11-CV-220-KS-MTP**

**FORREST COUNTY, MISSISSIPPI,
CHRIS SELMAN, IN HIS INDIVIDUAL CAPACITY,
and CHIEF CHARLES BOLTON, IN HIS
INDIVIDUAL CAPACITY**                                                          **DEFENDANTS**

## OFFER OF JUDGMENT

TO:   JIM WAIDE, ESQUIRE
      ATTORNEY FOR PLAINTIFF
      WAIDE & ASSOCIATES, P.A.
      POST OFFICE BOX 1357
      TUPELO, MISSISSIPPI 38802
      waide@waidelaw.com

      RICHARD SHANE MCLAUGHLIN
      MCLAUGHLIN LAW FIRM
      ATTORNEY FOR PLAINTIFF
      POST OFFICE BOX 3668
      TUPELO, MS 38803-3668
      rsm@mclaughlinlawfirm.com

The Defendants pursuant to FRCP 68, hereby offer to allow Plaintiff to take judgment against the Defendants in the amount of Two Hundred Fifty Thousand Dollars and no/100 ($250,000.00) inclusive of payment of reasonable attorneys fees and costs in this action. This offer is conditioned upon the Plaintiff accepting the same within ten (10) days after service hereof, at the expiration of ten (10) days the offer is withdrawn.

Respectfully submitted this the __14th__ day of __February__, A.D., 2013.

FORREST COUNTY, MISSISSIPPI,
CHRIS SELMAN, IN HIS INDIVIDUAL CAPACITY,
AND CHIEF CHARLES BOLTON, IN HIS
INDIVIDUAL CAPACITY, DEFENDANTS

BY: __s/James K. Dukes, Jr.__
    JAMES K. DUKES, JR.

1


EXHIBIT A

JAMES K. DUKES, JR.
ATTORNEY FOR DEFENDANTS
FORREST COUNTY, et al
MSBN 6213
DUKES, DUKES AND WOOD
POST OFFICE BOX 2055
HATTIESBURG, MS 39403-2055
(601) 544-4121 (Telephone)
(601) 544-4425 (Facsimile)
jdukesjr@jdukeslaw.com

## CERTIFICATE

I, JAMES K. DUKES, JR., Attorney for the Defendants, do hereby certify that on

_____February 14th_____, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

JIM WAIDE, ESQUIRE
RACHEL M. PIERCE
RONNIE LEE WOODRUFF
ATTORNEY FOR PLAINTIFF
WAIDE & ASSOCIATES, P.A.
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802
waide@waidelaw.com

RICHARD SHANE MCLAUGHLIN
MCLAUGHLIN LAW FIRM
ATTORNEY FOR PLAINTIFF
POST OFFICE BOX 3668
TUPELO, MS 38803-3668
rsm@mclaughlinlawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

s/ James K. Dukes, Jr.
JAMES K. DUKES, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

TAWANA BOLTON                                                                                    PLAINTIFF

VERSUS                                                                      CAUSE NO. 2:11-CV-220-KS-MTP

FORREST COUNTY, MISSISSIPPI,
CHRIS SELMAN, IN HIS INDIVIDUAL CAPACITY,
and CHIEF CHARLES BOLTON, IN HIS
INDIVIDUAL CAPACITY                                                                         DEFENDANTS

## PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Tawana Bolton hereby accepts the Defendants' Offer of Judgment in the amount of $250,000.00, including attorneys' fees and costs, under the terms contained in Defendants' Offer of Judgment dated February 14, 2013.

Dated, this the 15th day of February, 2013.

                                                                Respectfully submitted,

                                                                WAIDE & ASSOCIATES, P.A.


                                                                BY: */s/ JIM WAIDE*
                                                                        JIM WAIDE
                                                                        MS BAR NO.: 6857

WAIDE AND ASSOCIATES, P.A.
ATTORNEYS AT LAW
332 NORTH SPRING STREET (38804)
POST OFFICE BOX 1357
TUPELO, MS 38802-1357
TELEPHONE: (662) 842-7324
FACSIMILE: (662) 842-8056
EMAIL: waide@waidelaw.com

30868.1

R. SHANE MCLAUGHLIN (MS BAR NO. 101185)
MCLAUGHLIN LAW FIRM
POST OFFICE BOX 200
TUPELO, MS  38802-0200
TELEPHONE: (662) 840-5042
FACSIMILE:  (662) 840-5043
EMAIL: rsm@mclaughlinlawfirm.com

WINSTON J. THOMPSON, III (MS BAR NO. 100157)
COCHRAN LAW FIRM
162 EAST AMITE STREET, SUITE 100
JACKSON, MS  39201-2118
TELEPHONE:  (601) 812-1000
FACSIMILE: (601) 812-1025
EMAIL: wthompson@cochranfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Jim Waide, attorney for Plaintiff, do hereby certify that I have this day electronically served the above and foregoing to the following:

James K. Dukes, Jr., Esquire
Dukes, Dukes & Wood
Post Office Box 2055
Hattiesburg, MS  39403-2055
jdukesjr@jdukeslaw.com
mtbahm@jdukeslaw.com

THIS the 15th day of February, 2013.

/s/ JIM WAIDE
JIM WAIDE