IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

TAWANA BOLTON

VS.                                                                        CIVIL ACTION NO. 2:11cv220-KS-MTP

FORREST COUNTY, MISSISSIPPI, ET AL

## JUDGMENT

This cause is before the Court on Offer of Judgment made by Defendants herein by and through their attorney [100-1] (page 1 of 4).  The Plaintiff has accepted the Offer of Judgment [100-1] (page 3 of 4).

As a result of the above, judgment is hereby entered in favor of Tawana Bolton against Forrest County, Mississippi, Chris Selman in his individual capacity and Chief Charles Bolton in his individual capacity in the amount of Two Hundred and Fifty Thousand and No/100 Dollars ($250,000.00).  Said sum includes all attorneys fees and costs.  Said Judgment is to bear interest at the rate of 0.16% per annum until paid in full.

SO ORDERED AND ADJUDGED on this, the 25th day of February, 2013.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE